11769638

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America <br><br> 2026 JUL 13 16:32 <br> **UNITED STATES MARSHAL** <br><br> Allan A. Bernstein <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Case No. 1:25-po-230

Case: 1:26-mj-00117
Assigned To: Judge Harvey, G. Michael
Assign. Date: 7/17/2026
Description: RULE 5 ARREST WARRANT

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Allan A. Berstein                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☒ Order of the Court

This offense is briefly described as follows:
Failed to appear for hearing on 7/13/2026

/s/ *Lindsey Robinson Vaala*
**Lindsey Robinson Vaala**
**United States Magistrate Judge**

Date: 7/13/2026

_____
*Issuing officer's signature*

City and state:    Alexandria, VA

Lindsey R. Vaala, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 07/13/2026, and the person was arrested on *(date)* 07/16/2026
at *(city and state)* Washington, DC.

Date: 07/17/2026

_____
*Arresting officer's signature*

Steven Romen Medina
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)