Page 1
PS-8 (12/04)
VAE (rev 5/23)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Allan A. Bernstein                          Docket No. 0422 1:25PO00230

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Vakida J. Wilson, PROBATION OFFICER, presenting an official report upon the conduct of defendant Allan A. Bernstein, who was placed under pretrial release supervision by the Honorable Lindsey Robinson Vaala, United States Magistrate Judge sitting in the court at 401 Courthouse Square, Alexandria, VA 22314, on June 29, 2026, under the following conditions:

Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

On June 30, 2026, the defendant was instructed to contact this officer daily before 5:00 p.m. to check-in. The defendant has failed to contact this officer daily as instructed.

The defendant failed to surrender his U.S. and Israeli passport to Pretrial Services within 24 hours as directed by the Court.

**PRAYING THAT THE COURT WILL ORDER that a WARRANT be issued for the arrest of the defendant so that he may show cause as to why the conditions of her release should not be revoked.**

*Issue Summons LRV*

It is hereby ORDERED that the petition, with its attachment and arrest warrant be sealed. It is further ORDERED the petition, its attachment and arrest warrant shall remain sealed until the warrant is executed, at which time the petition, its attachment and warrant, should be unsealed and made part of the public record.

### ORDER OF COURT

Considered and ordered this 8th day of July, 20 26 and ordered filed and made a part of the records in the above case.

_____
Lindsey Robinson Vaala
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:

**Vakida Wilson**  Digitally signed by Vakida Wilson
Date: 2026.07.07 16:23:14 -04'00'
_____
Vakida J. Wilson
Senior U.S. Probation Officer

Place: Alexandria

TO CLERK'S OFFICE

**SUMMONS TO BE ISSUED for Monday, July 13, 2026 at 10:30 am *LRV***

1. Submit to supervision by and report for supervision to Pretrial Services upon release;
2. Any and all passports to be surrendered to Pretrial Services within 24 hours of release;
3. Not obtain a passport or other international travel document;
4. Submit to mental health evaluation and treatment as deemed necessary by Pretrial Services;
5. Participate in the following location monitoring program and comply with its requirements, as directed in subsections i, ii, and iii: Stand- Alone Monitoring: You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions imposed by the court. **Note:** Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual mobile application technology;
6. Submit to the following location monitoring technology: GPS;
7. Report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops;
8. Not approach the Liberty Crossing Installation;
9. Not approach any CIA installations;
10. Not have any electronic communication with and stay away from the person and residence of the Director of the CIA; and
11. Not have any electronic communication with and stay away from the person and residence of the Director of National Intelligence.