TYPE OF HEARING:  Status Conference/Initial - Revo
CASE NUMBER:  1:25-po-230
MAGISTRATE JUDGE: Lindsey R. Vaala
DATE:  7/13/2026
TIME: 10:30 am
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

   Allan Bernstein

GOVT. ATTY:   Solette Magnelli

DEFT'S ATTY:   Todd Richman

DUTY AFPD/CJA:

INTERPRETER                                        LANGUAGE

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE  (   )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (   )
DEFT INFORMED OF THE VIOLATION(S) (   )
COURT TO APPOINT COUNSEL (   )  FPD (   ) CJA (   ) Conflict List (   )  Reappointed (   )
   Counsel appointed for the purpose of hearing in the EDVA(   )
   Counsel appointed for the purpose of todays hearing (   )

Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny.  (   )

Consent to Trial Before US Magistrate Judge (   )

   Deft failed to appear for hearing. Govt request a bench warrant - GRANTED. Matter set for Bench trial.
   Motions Schedule - Motions due 7/28/26; Opposition  due 8/4/26. Motion hearing 8/7/26

Deft recognized to appear at further court date (   )

NEXT COURT APPEARANCE         8/11/2026                        TIME    10:00am

Bench Trial - LRV

In Court Time :     7 minutes